

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2016

No. 04-16-00725-CV

**IN THE INTEREST OF E.S.R., JR., A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-02014
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant attempts to appeal the trial court's order of termination. An appeal from such an order is accelerated. TEX. FAM. CODE ANN. § 109.002 (West 2014). The trial court signed the order of termination on June 23, 2016. Because this is an accelerated appeal, the notice of appeal was due July 13, 2016. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on July 28, 2016. S*ee* TEX. R. APP. P. 26.3.

Appellant filed a notice of appeal and a motion for extension of time to file the notice of appeal on November 3, 2016. It thus appears that neither document was filed within the time allowed for filing a motion for extension of time to file the notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

The briefing schedule is suspended pending determination whether this Court has jurisdiction over this appeal.

_____
Jason Pulliam, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2016.



Keith E. Hottle
Clerk of Court